Rolando **CHIQUETE–VERDUGO, aka Rolando Verdugo, dba Rolando Chiquete Verdugo,** Petitioner,

v.

**Loretta E. LYNCH, Attorney General,** Respondent.

No. 13–72136.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2015.*

Filed Dec. 15, 2015.

Zulu Ali, Law Office of Zulu Ali, Riverside, CA, for Petitioner.

---

* The Honorable William E. Smith, Chief District Judge for the U.S. District Court for the District of Rhode Island, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jeffrey Ronald Meyer, Esq., Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security San Francisco, CA, for Respondent.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

## MEMORANDUM **

Rolando Chiquete–Verdugo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his request for a continuance. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance, and review de novo claims of due process violations. *Sandoval–Luna v. Mukasey,* 526 F.3d 1243, 1246 (9th Cir.2008). We deny the petition for review.

The agency did not abuse its discretion in denying Chiquete–Verdugo's request for a further continuance for failure to demonstrate good cause. *See* 8 C.F.R. § 1003.29; *Ahmed v. Holder,* 569 F.3d 1009, 1012–13 (9th Cir.2009) (factors considered in determining whether the denial of a continuance constitutes an abuse of discretion include the nature of the evidence excluded as a result of the denial). Furthermore, the denial of Chiquete–Verdugo's request for a continuance did not violate his due process rights, where he has not provided sufficient evidence of eligibility for relief that would demonstrate prejudice. *See Lata v. INS,* 204 F.3d

1241, 1246 (9th Cir.2000) (requiring error and prejudice to prevail on a due process claim).

Chiquete–Verdugo's claim that he was denied a full and fair hearing also fails. *See id.*

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).